155 A.3d 436

**BONACKI, Thomas C., Jr.**

v.

**DEPT. OF PUBLIC SAFETY AND
CORRECTIONAL SERVICES**

Pet. Docket No. 455, Sept. Term, 2016

Court of Appeals of Maryland.

February 21, 2017

Opinion of the Court of Special Appeals unreported (No. 19, Sept. Term, 2015).

Petition for writ of certiorari denied

■

155 A.3d 436

**BOYD**

v.

**DEPT. OF HEALTH & MENTAL HYGIENE**

Pet. Docket No. 515, Sept. Term, 2016

Court of Appeals of Maryland.

February 21, 2017

Opinion of the Court of Special Appeals unreported (No. 1424, Sept. Term, 2015).

Petition for writ of certiorari denied